# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| IN THE MATTER OF THE § <br> COMPLAINT OF KIRBY INLAND § <br> MARINE, LP, OWNER OF THE § <br> M/V MISS SUSAN, KIRBY 27705, § <br> KIRBY 27706 PETITIONING FOR § <br> EXONERATION FROM OR § <br> LIMITATION OF LIABILITY § | C.A. NO. 4:14-cv-1321 <br> Admiralty – Rule 9(h) |

*Consolidated with*

| | |
|---|---|
| IN THE MATTER OF THE § <br> COMPLAINT OF SEA GALAXY § <br> MARINE S.A., AS OWNER OF § <br> OF THE M/V SUMMER WIND § <br> PETITIONING FOR § <br> EXONERATION FROM OR § <br> LIMITATION OF LIABILITY § | C.A. NO. 3:14-cv-00134 <br> Admiralty – Rule 9(h) |

### MOTION FOR ORDER APPROVING PETITIONERS' AFFIDAVIT OF VALUE AND AMENDED *AD INTERIM* STIPULATION/LETTER OF UNDERTAKING

COME NOW, Petitioner Sea Galaxy Marine, S.A. and Intervenor-Petitioner Cleopatra Shipping Agency, Ltd. (collectively, "Petitioner"), as owner and/or owner *pro hac vice* of the M/V SUMMER WIND, appearing through undersigned counsel, and move for the relief provided in 46 U.S.C. § 30501 *et seq.* and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure – specifically, the Court's approval of: (1)

Petitioners' Affidavit of Value;[1] and (2) Petitioners' Amended *Ad Interim* Stipulation/Letter of Undertaking, which shall replace and supersede any and all *Ad Interim* Stipulations/Letters of Undertaking previously submitted by Sea Galaxy Marine, S.A. and/or Cleopatra Shipping Agency, Ltd. in this proceeding.[2]

---

[1] The Affidavit of Value was previously submitted by Sea Galaxy [Dkt. 1-1] and approved by the Court [Dkt. 5]. Cleopatra subsequently submitted the same Affidavit of Value in support of its petition for exoneration from and/or limitation of liability [Dkt. 428, p. 48], and, out of an abundance of caution, Petitioners request the Court's entry of an order approving the Affidavit of Value as to the limitation actions filed by both Sea Galaxy and Cleopatra.

[2] A copy of Petitioners' Amended Ad Interim Stipulation for Value/Letter of Undertaking is attached hereto as Exhibit 1.

Respectfully submitted,

/s/ *Dimitri P. Georgantas*
Dimitri P. Georgantas
Attorney-in-Charge
Federal I.D. No. 2805
Texas State Bar No. 07805100
Kevin P. Walters
Federal I.D. No. 5649
Texas State Bar No. 20818000
Eugene W. Barr
Federal I.D. No. 1144784
Texas State Bar No. 24059525
801 Travis Street, Suite 1910
Houston, Texas 77002
Telephone:  713.546.9800
Facsimile:   713.546.9806
Email:  georgantas@chaffe.com
           walters@chaffe.com
           barr@chaffe.com

ATTORNEYS FOR PETITIONER
SEA GALAXY MARINE, S.A. and
INTERVENOR-PETITIONER
CLEOPATRA SHIPPING AGENCY,
LTD.

OF COUNSEL:
CHAFFE McCALL, L.L.P.

2340881-1                                             3

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of October, 2014, I served a true and correct copy of the foregoing Motion for Order Approving Petitioners' Affidavit of Value and Amended *Ad* Interim Stipulation/Letter of Undertaking pursuant to Rule 5 of the Federal Rules of Civil Procedure, via the CM/ECF system and/or electronic mail and/or by depositing in the United States Mail, postage prepaid and properly addressed to all known counsel of record:

| | | |
|---|---|---|
| Dennis John Sullivan<br>Stepp Sullivan PC<br>1010 Lamar Street, Suite 810<br>Houston, Texas 77002 | Anthony G. Buzbee<br>THE BUZBEE LAW FIRM<br>JP Morgan Chase Tower<br>600 Travis Street, Suite 7300<br>Houston, Texas 77002 | Sean E. O'Rourke<br>SIMON O'ROURKE LAW FIRM, PC<br>11550 Fuqua, Suite 360<br>Houston, Texas 77034 |
| Dicky Grigg<br>Rick Leeper<br>SPIVEY & GRIGG, LLP<br>48 East Avenue<br>Austin, Texas 78701 | Frank C. Dudenhefer, Jr.<br>THE DUDENHEFER LAW FIRM, LLC<br>5200 St. Charles Avenue<br>New Orleans, Louisiana 70115 | Calvin C. Fayard, Jr.<br>CALVIN C. FAYARD, JR., PC<br>519 Florida Avenue, SW<br>Denham Springs, Louisiana 70726 |
| Cory D. Itkin<br>ARNOLD & ITKIN, LLP<br>6009 Memorial Drive<br>Houston, Texas 77007 | Robert Edward Booth<br>MILLS SHIRLEY, LLP<br>2228 Mechanic Street, Suite 400<br>Galveston, Texas 77550 | Javier Luis Herrera<br>THE HERRERA LAW FIRM, INC.<br>111 Soledad Street, Suite 1900<br>San Antonio, Texas 78205 |
| Timothy Wayne Strickland<br>FOWLER RODRIGUEZ<br>1331 Lamar, Suite 1560<br>Houston, Texas 77010 | Keith Bernard Letourneau<br>BLANK ROME, LLP<br>700 Louisiana, Suite 4000<br>Houston, Texas 77002 | Mitchell Edward McCrea<br>BARON & BUDD, PC<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, Texas 75219 |
| James D Nebout<br>Burwell Nebout<br>1501 Amburn Road, Suite 9<br>Texas City, Texas 77591 | Frederick W Swaim<br>Galloway Johnson Tompkins Burr Smith<br>701 Poydras Street, 40th Floor<br>New Orleans, Louisiana 70139 | Allen Dwayne Hemphill<br>Brown Sims PC<br>1177 W Loop South, 10th Floor<br>Houston, Texas 77027 |
| A.Craig Eiland<br>Law Offices of A. Craig Eiland, P.C.<br>Old Galveston Square<br>2211 Strand, Suite 201<br>Galveston, Texas 77550 | Brandon J. Taylor<br>David Parsiola<br>Cossich Sumich et al<br>8397 Highway 23, Suite 100<br>Belle Chase, Louisiana 70037 | Frank Herrera<br>Attorney at Law<br>111 Soledad, Suite 1900<br>San Antonio, Texas 78205 |

| Jimmy Williamson | William A Durham | Michael T Howell |
|---|---|---|
| Williamson & Rusnak | Eastham Watson Dale & Forney | Howell Law Firm |
| 4310 Yoakum Blvd | 808 Travis Street, Suite 1300 | 4309 Yoakum Blvd, Suite 3000 |
| Houston, Texas 77006 | Houston, Texas 77002 | Houston, Texas 77006 |

  /s/ *Dimitri P. Georgantas*
Dimitri P. Georgantas