UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| SEA GALAXY MARINE SA, *et al*, | § | |
| | § | |
| Petitioners, | § | |
| VS. | § | CIVIL ACTION NO. 3:14-CV-00134 |
| | § | |
| RICHARD GILMORE, *et al*, | § | |
| | § | |
| Claimants. | § | |

## ORDER ON MOTION TO DISMISS OIL POLLUTION ACT CLAIMS

As stated on the record, the Court is not going to dismiss Oil Pollution Act claims that have been filed, but only OPA claims that have satisfied the presentment requirement may go forward.

The Court will issue a future ruling on what non-OPA claims may go forward. As discussed, for administrative reasons, the Court will deny all Motions to Dismiss raising these issues except for Docket Entry No. 212 (the Court will also not deny Docket Entry Nos. 280, 281, and 282, which raise separate issues). The Court's ruling on Docket Entry No. 212 will apply to all claims.

The Clerk's Office is therefore directed to deny all but Docket Entry Nos. 212, 280, 281, and 282.

Signed this 8th day of October, 2014.

_____
Gregg Costa
United States Circuit Judge
(Sitting by Designation)